# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VICTORIA MORGAN**                                                                                      **PLAINTIFF**

**v.**                                    **4:11-cv-00310-BRW-JJV**

**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

## ORDER

Pending is Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (Doc. No. 14).  Defendant's Motion is GRANTED and this case is remanded for further consideration.

IT IS SO ORDERED this 16th day of November, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE